1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MCBRIDE
5

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,              )
13                                         )   Nos. CR 06-00455 CW and
                        Plaintiff,         )        CR 99-40229-CW
14                                         )
          v.                               )   STIPULATION AND ORDER
15                                         )   CONTINUING HEARING DATE
   ELBERT McBRIDE,                         )
16                                         )   Date: October 30, 2006
                        Defendant.         )   Time: 2:00 p.m.
17  _____)   Court: Hon. Claudia Wilken
                                                      U.S. District Court
18
          This matter is currently set for hearing on defendant's motion to suppress and status on
19
   supervised release violation on Monday, October 30, 2006, at 2:00 p.m.  Under the briefing
20
   schedule previously set by the Court, defendant's reply brief is due to be filed today, October 23,
21
   2006.  The parties jointly request that the Court permit defendant additional time to file his reply
22
   brief for the following reasons.  First, defendant did not receive the government's opposition brief
23
   until Friday, October 20, which has made it impossible for defendant to complete his reply brief
24
   by today as required by the Court's schedule.  Second, the government's reply brief raises new
25
   issues which require additional investigation by defendant.  Third, defense counsel has been ill and
26
   now has filings in several cases that all must be prepared in a short period of time.  For all these

   STIP AND ORD CONT DATE              - 1 -

1  reasons, the parties agree that it would be appropriate to allow defendant additional time until

2  Monday, October 30 to file his reply.  With regard to the hearing date, the parties agree that the

3  number of issues raised both by defendant's motion and in the government's opposition support a

4  brief continuance of the hearing date in order to afford the Court sufficient time to review these

5  filings prior to a hearing on the matter.  Mr. McBride is in custody and supports the request for a

6  brief continuance.

7       SO STIPULATED.

8  Dated:        October 23, 2006                    /S/

9                                          _____
                                          HILARY A. FOX
                                          Attorney for Defendant McBRIDE
10
   SO STIPULATED.
11

12  Dated:        October 23, 2006                   /S/

13                                         _____
                                          GARTH HIRE
                                          Assistant United States Attorney
14

15                        SIGNATURE ATTESTATION
        I hereby attest that I have on file all holograph signatures indicated by a "conformed"
16  signature ("/S/") within this efiled document.

17                                ORDER

18       Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby

19  ORDERED that the motions hearing and hearing on supervised release violation currently

20  scheduled for October 30, 2006, at 2:00 p.m. is vacated and re-scheduled for Monday, November

21  6, 2006, at 2:00 p.m. It is further ORDERED that the briefing schedule in this matter is modified

22  to permit defendant until Monday, October 30, 2006, to file his reply brief.

23       IT IS SO ORDERED.

24                                                   24
    Dated: October __, 2006

25                                          _____
                                          CLAUDIA WILKEN
                                          United States District Court
26

STIP AND ORD CONT DATE                    - 2 -