1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MCBRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Nos. CR 06-00455 CW |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING HEARING DATE |
| ELBERT McBRIDE, | ) | Date: December 11, 2006 |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | Court: Hon. Claudia Wilken |
| | ) | U.S. District Court |

This matter is currently set for Monday, December 11, 2006, at 2:30 p.m. to set further dates in the event that the government chooses to appeal the Court's ruling on the motion to suppress. At this time, the time for filing a notice of appeal has passed and the government has informed defendant it will not be appealing but instead will move to dismiss this prosecution. The government has not yet prepared and filed the motion to dismiss, however, because the prosecutor assigned to this matter is temporarily out of the office.

Under these circumstances, the parties agree that there is nothing to be accomplished by a court appearance on Monday and that it would be in the interests of justice to continue that appearance one additional week, to give the government time to file the motion to dismiss. The

STIP AND ORD CONT DATE         - 1 -

1  parties therefore stipulate and agree that the hearing set for Monday, December 11, 2006 should be

2  continued one week to Monday, December **18**, 2006 for status.

3      SO STIPULATED.

4  Dated:    December 8, 2006    /S/

5          HILARY A. FOX
        Attorney for Defendant McBRIDE

6  SO STIPULATED.

8  Dated:    December 10, 2006    /S/

9          DOUGLAS SPRAGUE
        Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the status hearing currently scheduled for December 11, 2006, at 2:30 p.m. is vacated and re-scheduled for Monday, **December 18, 2006, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: December 11, 2006

CLAUDIA WILKEN
United States District Court

STIP AND ORD CONT DATE    - 2 -