| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) <br> United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CASBN 138549) <br> Chief, Criminal Division |
| 4 | GARTH HIRE (CASBN 187330) <br> Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340-S <br> Oakland, California 94612 <br> Telephone: (510) 637-3929 |
| 7 | Facsimile: (510) 637-3724 <br> E-Mail: Garth.Hire@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
DEC 15 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00455 CW |
| Plaintiff, | ) ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) ) | |
| ELBERT McBRIDE, | ) ) | (OAKLAND VENUE) |
| Defendant. | ) ) ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: December 15, 2006         Respectfully submitted,

                                 KEVIN V. RYAN
                                 United States Attorney

                                 /s/
                                 ─────────────────
                                 GARTH HIRE
                                 Assistant United States Attorney

NOTICE OF DISMISSAL (CR 06-00455 CW)

1 | Leave of Court is granted to the government to dismiss the above-captioned indictment.

Date: **DEC 15 2006**

*/s/ Claudia Wilken*
HONORABLE CLAUDIA WILKEN
United States District Judge